PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLLEEN M. KELLEHER,<br><br>Defendant. | 2:16-po-00239-CKD<br><br>STIPULATION TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER<br><br>DATE: November 17, 2016<br>TIME:   9:30 a.m.<br>COURT: Hon. Carolyn K. Delaney |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on November 17, 2016.

2. By this stipulation, the parties now jointly move to continue the status hearing to December 15, 2016, at 9:30 a.m.

///
///
///
///
///
///

STIPULATION RE: STATUS HEARING

1

1   IT IS SO STIPULATED.

2   Dated:  November 16, 2016                    PHILLIP A. TALBERT
                                                 Acting United States Attorney
3

4                                                /s/ JUSTIN L. LEE
                                                 JUSTIN L. LEE
5                                                Assistant United States Attorney

6

7   Dated:  November 16, 2016                    /s/ LINDA C. ALLISON
                                                 LINDA C. ALLISON
8                                                Counsel for Defendant
                                                 COLLEEN M. KELLEHER
9

10

11                                               /s/ DANIEL PICKOLICK
                                                 DANIEL PICKOLICK
12                                               Counsel for Defendant
                                                 COLLEEN M. KELLEHER
13

14

15

16                      **[PROPOSED] FINDINGS AND ORDER**

17        IT IS SO FOUND AND ORDERED this 17thu day of November, 2016.

18

19                                               /s/Carolyn K. Delaney
                                                 THE HONORABLE CAROLYN K. DELANEY
20                                               UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

STIPULATION RE: STATUS HEARING                   2